**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
HAKAN NILSSON,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN NILSSON, <br><br> Plaintiff, <br><br> vs. <br><br><br><br> CAPITAL ONE BANK, <br><br> Defendant(s), | Case No.: 2:17-cv-01215-ODW-AJW <br><br> **NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, HAKAN NILSSON, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously

- 1 -

NOTICE OF SETTLEMENT

as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

Dated: April 20, 2017

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.